# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

**WILLIAM SNYDER,**

    *Petitioner,*

v.                                  **CASE NO. 1:13-cv-00103-MP-GRJ**

**SECRETARY, DEPARTMENT OF CORRECTIONS, *ET AL.*,**

    *Respondents.*

_____/

## **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 21, 2016. ECF No. 21. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 22. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 21, is adopted and incorporated by reference in this order.

2. Petitioner's Petition for Writ of Habeas Corpus, ECF No. 5, is **DENIED**.

3. The certificate of appealability is **DENIED**.

4. The clerk is directed to close the file.

**SO ORDERED on August 5, 2016.**

                <u>s/Mark E. Walker</u>
                **United States District Judge**